# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| RHODES PHARMACEUTICALS L.P., <br><br> Plaintiff, <br><br> v. <br><br> INDIVIOR INC., <br><br> Defendant. | Civil Action No. 1:16-cv-01308-SLR <br><br> Jury Trial Demanded |

## DEFENDANT INDIVIOR INC.'S MOTION TO DISMISS
## PLAINTIFF'S COMPLAINT WITH PREJUDICE

Defendant Indivior Inc. hereby moves to dismiss the Plaintiff's Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6). The grounds for this motion are more fully set forth in the opening brief filed herewith.

Dated: May 9, 2017

OF COUNSEL:

Thomas H. Wintner
Adam P. Samansky
**MINTZ LEVIN COHN FERRIS**
**GLOVSKY AND POPEO PC**
One Financial Center
Boston, MA 02111
Telephone: (617) 348-1819
Facsimile: (617) 542-2241
Email: twintner@mintz.com
Email: apsamansky@mintz.com

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Joseph B. Cicero*
Joseph B. Cicero (#4388)
Stephanie S. Habelow (#5184)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, DE 19801
Telephone: (302) 295-0191
Facsimile: (302) 295-0199
Email: cicero@chipmanbrown.com
Email: habelow@chipmanbrown.com

*Attorneys for Defendant*